**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

N.S.,

Plaintiff,

v.

STEVAN HARNAD, *et al.*,

Defendants.

Civil Action No. 21-19820 (RK) (JBD)

**ORDER**

**THIS MATTER** comes before the Court upon the February 4, 2025 Report and Recommendation of the Honorable J. Brendan Day, U.S.M.J. (ECF No. 62, "R&R".) The R&R recommends that the Court deny Plaintiff N.S.'s ("Plaintiff") Motion for Leave to File a Second Amended Complaint. (ECF No. 52.) After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion and for other good cause shown,

**IT IS** on this 25th day of February, 2025, **ORDERED** that:

1. The Report and Recommendation (ECF No. 62) is **ADOPTED** in full;
2. Plaintiff's Motion to File a Second Amended Complaint (ECF No. 52) is **DENIED**;
3. All claims as to Defendant Trustees of Princeton University d/b/a/ Princeton University are **DISMISSED WITH PREJUDICE**; and
4. The Clerk of the Court is directed to **TERMINATE** the pending Motions. (ECF Nos. 52, 62.)

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**